**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7206

ALVIN CARTER,

Plaintiff - Appellant,

v.

HAROLD W. CLARKE, Director Virginia Dept. of Corrections; MR. BRECKON, LVCC Facility Administrator; MS. WALKER, LVCC Food Service Supervisor; MS. GARRETT, LVCC Food Service Supervisor,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:20-cv-00081-CMH-TCB)

Submitted:  January 17, 2023                     Decided:  January 20, 2023

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Alvin Carter, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alvin Carter appeals the district court's order dismissing with prejudice his amended 42 U.S.C. § 1983 complaint. We have reviewed the record and discern no reversible error.[*] Accordingly, we affirm the district court's order. *Carter v. Clarke*, 1:20-cv-00081-CMH-TCB (E.D. Va. filed Aug. 25, 2022 & entered Aug. 29, 2022). We also deny Carter's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Carter's informal brief and supplemental informal brief challenge only the district court's dismissal of his procedural due process claim. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014). To the extent that Carter's supplemental informal brief seeks to raise a new claim for relief, we decline to consider that claim. *See Pornomo v. United States*, 814 F.3d 681, 686 (4th Cir. 2016).